UNITED STATES CONGRESS )DS    UNITED STATES CAPITAL

WASHINGTON DC

WARD 6                                          6:21-cv-126-ORL-41-LRH

IN RE: COMPROMISE OF JUSTICE AND

DOMESTIC TRANQUILITY WITH COMPLETE

FAILURE OF PREAMBLE OATH

EXPECTATIONS

DEMOCRATIC PRESIDENTIAL CANDIDATE

CHRISTIN NOEL POWERS

    Pro Se Petitioner,

and

UNITED STATES CONGRESS,

    Respondent,

## FEDERAL QUESTION

SHOULD THE AMERICAN PEOPLE EXPECT INEFFICIENT

DISSEMINATION OF MISINFORMATION ROUTINELY THUS

ELIMINATING THE NEED FOR THE PREAMBLE OF THE CONSTITUTION

AND AMENDEMENT XX SEC III (THE LATER HALF), THUS ALLOWING

FOR CONTINUED ESCALATION OF VIOLENCE, THREAT OF CIVIL WAR

AND ELECTION OF FAILED PRESIDENT ELECT

JOE BIDEN AND VICE PRESIDENT ELECT KAMALA HARRIS (A

BLATANT GENDER BIAS RACIAL TICKET AND ELECTION) RATHER THAN A INITIATING "AN EMERGENCY POWERS LAW" ALLOWING IMMEDIATE PLACEMENT OF CHRISTIN POWERS IN THE ROLE OF THE PRESIDENCY BY CONGRESS AS "THE PERSON", MENTIONED IN THE LATER PART OF AMENDMENT XX SECTION III; I, A TEN YEAR, HEALTHCARE, WOMAN CANDIDATE, A TRUTHFUL AND TRUSTWORTHY AND TENASTIC SERVANT OF AMERICAN POLITICS, WITHOUT MASSIVE STEERING PRESSURE OF 29,000 PRESS AGENTS THAT PROFIT FROM DEATH AND DESTRUCTION, LEAVING OUR ENTIRE AMERICA EXPOSED FROM THE PROTECTIONS OF THE PREAMBLE OF THE UNITED STATES CONSTITUTION?

AMOUNT SOUGT: $450,000 (Cost of one year salary as 'interim President' via Amendment XX Sec III).

Not regrettably, petitioner/ProSe, I, Christin N. Powers, formerly known as Christin N. Griskie and Christin N. Schulte pose the federal question to find fault with the 116th United States Congress for not fulfilling the Preamble of the Constitution on 10 counts.

(For the record, I was a United States Presidential Candidate in the following years and with the following parties: Republican candidate in 2011 and 2012, as Christin

Griskie; Democratic turned Non-party in 2015-2016 as Christin Powers and a Democratic candidate from 2017-2021 as Christin Powers. I have not conceded this pressed steered racist race because we as a people are just not safe from Covid or the daily barrage of violent news, race baiting, control of the news, brainwashing or threat of civil war and for the third election cycle, preference of endorsements by members of congress for favored failed previously elected politicians over 4 decades. The founding framers created Amendment XX sec III, the latter half for circumstances exactly for this suit and gives congress the opportunity to swiftly place a candidate in office when the popular non constitutional momentum is disregarding the vital protections of the preamble.

God is directing my actions.

I was born to protect the American people at this given time. Ignoring my service to America as a candidate is a refusal of the calling of God to serve my purpose to free our people from control of press exposure and from a failed congress that has not fulfilled their oath of providing a more perfect Union, domestic Tranquility, common Defense, general Welfare, and secure blessings of Liberty.

WHEREAS, this federal question, defers to The Preamble of the Constitution in its entirety and the failure of Congress in its entirety. "We the People of the United States, in Order to form a more perfect Union, establish Justice, ensure

3

domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America." Since October 2019, I have left more than 100 voice mails for Congress members hoping for urgent legislative attention to ten counts. The congress has not readily followed up or done anything significant to date, thus please read the 10 counts, how our nation was led to a historic deadly state. If President, I could have prevented the 10 deadly counts. We must stop the inauguration of Joe Biden. This suit is a test of our courts efficiency since our Congress has left us dangerously exposed since 2011, not readily electing the best person for the country rather allowing for the popular, money driven candidates to win and put this country into a realm of non-constitutional disfunction, thus a brainwashed controlled people, which is not a free people.

WHEREAS, I, Christin Powers, simply with a national message of productive integrity and personal responsibility of ALL Americans, and as former Parkland resident, would have prevented the 17 deaths in The Parkland Shooting on February 14, 2018: Alyssa Alhadeff, Scott Beigel, Martin Durque Anguiano, Nicholas Dworet, Jamie Guttenberg, Chris Hixon, Luke Hoyer, Cara Loughran, Gina Montalto, Joaquin Oliver, Alaina Petty, Meadow Pollack, Helena Ramsay, Alex Schachter, Carmen Schentrup, Peter Wang and Coach Aaron Feis.  Our Union is far from perfect when children can not safely attend school without fear

4

of a mass shooting. Mass shootings are the result of a failed common defense that must include comprehensive mental health self-evaluation and non-harassing professional options and training plus ensure suspicious shopping acquisition of military grad weaponry via the internet with lack of thorough background checks or extensive training in use of basic guns or military grade for basic personal defense. I am a therapist that can continually provide tips to the public for healthy mental lives demonstrating an ability to care for the nation and allow them to "keep their guns" through the 2nd Amendment. The point is, the nation needs a therapist as President to handle the mental health wellness related to mass shootings that have increased during my three candidacies. I left information on our congress voicemails concerning Parkland repeatedly.

    WHEREAS, I, Christin Powers, while a 2016 United States Presidential Republican candidate urged Governor Andrew Cuomo's staff with a few phone calls and emails to partner with my agenda to pursue free IGg/IGe food antibody testing for all New Yorkers to provide steps necessary to make better health decisions related to customized food education through a onetime blood test. My work was more than ignored and would have built our immunity against disease such as Covid. Governor Cuomo made the testing illegal through chiropractic which is how I had personal experience with this very-very helpful test. Eating blood specific food builds immunity and instead we are currently faced with 23.9M Covid cases and 397K Covid deaths. This is disgusting to me as a heath care

5

candidate trained in differential diagnosis within the scope of physical therapy with previous experience treating chronic and acute pin ain patients in Michigan, Ohio, Florida and New York from 1993-2018! I left information on Congress voicemails concerning Food Antibody Testing. No one cared.

    WHEREAS, I, Christin Powers, as a parent of 4 adult children (who rightfully refuse to participate in my political career), as a therapist in four states, as a 10 year Presidential candidate, I am infuriated at the emotional damage to the general Welfare, domestic Tranquility, and common defense of United States children and their pregnant and Pre-Covid, now post partem mothers, their stress, risk of infection and their ability to understand truth and trust in the medical system. I am also infuriated at the drastic change in learning style and routines and interruption in a regular school day, week, year, location. Covid became a national nightmare the same month, I divorced, bought my farm in Citra, Florida and posted a sign for weekly Saturday political speeches. The national televised press, controlled by racist, Indian American Ajit Pai was steering information toward other women elected democrats and ultimately to Vice President Joe Biden/Senator Kamala Harris; neither of which have ever treated a patient or birth a child or substitute taught in a school or worked in a school as a therapist! I have worked in preschools, elementary, middle and high schools as a therapist. Children staring at masks and wearing masks is psychological brainwashing to a new degree never experienced in America. Covid was a direct hit by President Trump and Wuhan,

China on my third Presidential campaign and every American mother deserves to know what they have endured at the expense of shutting down a healer in this deadly manner, during the peak of the 2020 US POTUS campaign. Additionally, if I would have been endorsed in 2015-2016 and if the Supreme Court would have readily awarded my extraordinary Writ 15-926 – as President of the United States, instead of Donald Trump, I would have totally averted and protected the US from this disease and the deficit it has reaped on our domestic Tranquility and Prosperity. Kamala Harris and Joe Biden cannot provide any comparable level of health security and the congress failed to keep us safe, this week, next week or EVER – We must disqualify them and STOP the nomination! I left information on our Congress voicemails concerning my multiple candidacies since October 2019!

WHEREAS, I, Christin Powers, ask for the immediate resignation of Senator Marco Rubio and Senator Rick Scott and staff for never returning one phone call – I have sought their endorsements since 2012. Congresspersons should be required to return voicemails within 48 hours of receipt with a comment on action per their constituent request. I experienced efficient leadership by Steve J. Israel, Carl Marcellino and Andrew Raia in New York for The Golden Soldier Project. I have not received any phone calls back from the 116th Congress that could have prevented the deaths, if they took the duties of listening and acting seriously and urgently.

WHEREAS, Kamala Harris and Joe Biden have proven over multiple years to

7

multiple decades to have succeeded in encouraging the abuse of the homeless; with 552,830 – 750,000 homeless across the states. The DOJ lead is a better fit for Senator Harris as a prosecutor that house so many people with great difficulty with keeping a home status. To a therapist, the homeless status can be eliminated with Powers Solutions with a minimum of $120B. See specifics on www.powers2020.com. AS elected official Biden/Harris and our Congress have failed our homeless.

WHEREAS, August 3, 2019, The Walmart El Paso Mass Shooting left 23 dead, 23 others injured by this domestic terrorism and hate crime. I was at the funeral of victim Margie Rekard. Hundreds of photos of me in Texas have not been released by CNN and USA Today. This shooting occurred more than 1 and ½ years after the Parkland Shooting. I could have prevented both if Congress were more aware.

WHEREAS, The Dakota Pipeline incident produced 300 injured – this is a nightmare for the natives. This is just the tip of the iceberg – we have 210 current pipelines, spanning 305,000 miles and congress should not gratiate Canada over the Natives of our land for the almighty dollar while, a scientist I have zero coverage by Congressional news to prevent death and destruction to lives or land.

WHEREAS, I, Christin Noel Powers, am a graduate from The University of Michigan, Flint. When I sought an endorsement from Barack Obama in 2015 and 2016, he instead initiated the Flint Water Crisis by which, an alleged 12 died

from Legionnaires disease affecting 87 adults plus 26,000 children from lead poisoning ingested with disgusting water directed the Flint River to the houses of residents. A $600Million reward has been directed to the affected families and Governor Rick Snyder might get just 1 year in jail. As President of the United States, water issues from drinking water to sea level rise, ocean health and lake discharge and flow cannot be overseen by an old man, Joe Biden or an attorney Kamala Harris or a deaf Congress without education in science to urgently handle the cost and remedy for these nationwide issues; only Powers Solutions can!

WHEREAS, the United States Capital Breech was the result of 6 years of national brainwashing by President Donald and the televised news and has been costly to the American people. I, as President of the United States who is a therapist would PREVENT menticide, coercive persuasion, thought control, divisive thought reform, and divisive death obsessive thought re-education. I would provide constitutional benefits as described in the Preamble and this Federal Question. A capital breech and escalating violence clearly demonstrates death from disease and violence when a people are not free and are controlled. I tried to stop this in 2015-2016, recognizing Donald Trump as a media insider taking hold of the national microphone with non constitutional entities of money and insider popularity. The power of the press insiders has superseded the power of the constitution and the 116th Congress. The death of Covid is

on the Supreme Court of that year, President Trump and the now the 116th

Congress that has not urgently returned my phone calls, for since October of 2019 to enact legislation to unqualify Joe Biden through Amendment XX Section III, that states if a President Elect and Vice President Elect fail to qualify, congress can put a person in office until one qualifies. Vice President Joe Biden's $1.9 Trillion DEBT plan is literally folly, future debt for our children and their children. An Emergency Powers Solutions Act by the 116th Congress or invoking Amendment XX Sec III can sum monies in a new way with as little as 100,000,000 M choice subscribers at $100 per month for only one year per EO to spin off for profit company and totally remedy Covid cost (or any future cause of crisis completely) with a spun off for profit company in the Second Year per executive order of interim President Christin Noel
Powers. See details on www.powers2020.com.

    WHEREAS, failed responses from over 85 116th congressional offices regarding by my placement into an interim Presidency by invoking Amendment XX SEC III allowed the Capital Breech 4 deaths and attempted assassinations and more Covid deaths to occur. I posted another sign on my property in Citra, Florida November 2020 and the local press to view as well as notified Congress. No one cared, no one followed up completely. I am the only person in America to protect this nation and the Preamble. The Preamble and Amendment XX Section III rule. The immediate financial award, the immediate disqualification of Joe Biden and Kamala Harris and the immediate position as interim President is what I seek.

*(signature)* Dated: 1/18/21

Christin N. Powers

Petitioner/ProSe


IN WITNESS WHEREOF, I, CHRISTIN N. POWERS, HEREBY AFFIRM, UNDER THE PENATIES FOR PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

*(signature)* Dated: 1/18/21

Christin N. Powers

561-377-5351     18253 NW 20th Ave, Citra, FL. 32113

STATE OF FLORIDA)

COUNTY OF MARION) DS:

Before me, a Notary Public in and for said County and State, personally appeared Christin N. Powers, who acknowledged the execution of the foregoing Mutual Release, and who having been duly sworn, stated that any representations there in continue are true.

Witness my hand and Notarial Seal this 18th day of January, 2021.

*(Notary seal: Notary Public State of Florida, Harlie Dennis, My Commission HH 042900, Expires 09/15/2024)*

*(signature)*
Notary Public

My Commission Expires:

09/15/2024

County of Residence: Marion

## NOTICE OF LEGAL SERVICE

## FEDERAL QUESTION DRAFTED BY CHRISTIN NOEL POWERS

TO:

Middle District of Florida

401 West Central Boulevard

Orlando, Florida 32801

United States House of Representatives

Nancy Pelosi

235 Cannon HOB, Washington, DC 20515

United States Senate

Kevin McCarthy

2468 Rayburn House Office Building, Washington DC 20515

FROM:

CHRISTIN N. POWERS

(formerly known as Christin N. Griskie)

18253 NW 20th Ave

Citra, FL 32113

Please find attached the Federal Question drafted on January 18, 2020.

1/2

STATE OF FLORIDA)

COUNTY OF MARION) DS:

Before me, a Notary Public in and for said County and State, personally appeared Christin N. Powers, who acknowledged the execution of the foregoing Mutual Release, and who having been duly sworn, stated that any representations there in continue are true.

Witness my hand and Notarial Seal this 19th day of January, 2021. HD



_____
Notary Public

My Commission Expires:

09/15/2024

County of Residence: Marion

2

2/2